| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6924<br>FAX: (415) 436-7234 |
| 8 | jason.kleinwaks@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>FELIPE ALFONSO CONTRERAS, ET AL.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 5:21-mj-70088-MAG<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Jason Kleinwaks appears in this matter in substitution of AUSA Sarah Griswold. Future ECF notices should be sent to Assistant United States Attorney Kleinwaks with the following contact information: AUSA Jason Kleinwaks, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102, jason.kleinwaks@usdoj.gov. AUSA Sarah Griswold should be removed from the list of persons to be noticed..

1
2  DATED: March 29, 2021                         Respectfully submitted,
3                                                STEPHANIE M. HINDS
4                                                Acting United States Attorney
5
6                                                _____/s/_____
                                                 JASON KLEINWAKS
7                                                Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28