1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
7       Telephone: (415) 436-6924
        FAX: (415) 436-7234
8       jason.kleinwaks@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-mj-70088-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING TO AUGUST 19, 2021, AND TO EXCLUDE TIME FROM MAY 25, 2021, THROUGH AUGUST 19, 2021, FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv)] |
| v. | |
| FELIPE ALFONSO CONTREREAS, | |
| Defendant. | |

This case is presently set for a preliminary hearing on May 25, 2021. The United States has provided substantial discovery. The defendant is reviewing the discovery and conducting his own investigation. For these reasons, the United States and the defendant hereby stipulate to the continuance of the preliminary hearing to August 19, 2021. The parties further stipulate that the time from August 19, 2021, through and including May 25, 2021, should be excluded from the period of time within which the defendants' trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendants the reasonable time necessary for effective preparation. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of

the public and the defendant in a speedy trial.

The parties also stipulate that the date by which an indictment or information must be filed be extended to September 15, 2021, which is approximately 30 days after August 19, 2021.

Defendant Felipe Alfonso Contreras has been advised of this request and specifically consents to the exclusion of time from May 25, 2021, through and including August 19, 2021, from the period of time within which to conduct a preliminary hearing in this matter and to the extension of the date by which an indictment or information must be filed to September 15, 2021.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: May 21, 2021

/s/
JASON KLEINWAKS
Assistant United States Attorney

DATED: May 21, 2021

/s/
YAN SHRAYBERMAN
Counsel for Felipe Alfonso Contreras

JOINT STIP. & ORDER
5:20-MJ-70278 MAG                    2

**ORDER**

Based upon the representations made in the parties' stipulation above and for good cause shown, the Court makes the following findings:

1. There is good cause for excluding time from May 25, 2021, through and including August 19, 2021, from the period of time within which to conduct a preliminary hearing in this matter under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an Indictment under the Speedy Trial Act to September 15, 2021;

2. The defendant has specifically consented to the extension of such periods;

3. Failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. The ends of justice served by excluding the time from May 25, 2021, through and including August 19, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned case is continued to August 19, 2021, at 1:00 p.m. before the San Jose duty magistrate judge. It is further ordered that the time from May 25, 2021, through and including August 19, 2021, is excluded from the period of time within which to conduct a preliminary hearing. It is further ordered that the time by which any information or indictment must be filed is extended to September 15, 2021. The Court excludes the time from May 25, 2021, through and including August 19, 2021, from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this ___25th___ day of May 2021.



_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE